# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3639
LT Case No. 2013-CF-430-B
_____

BYRON LEE BOUTIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Citrus County.
Joel Fritton, Judge.

Bryon Lee Boutin, Avon Park, pro se.

No Appearance for Appellee.

February 27, 2024

PER CURIAM.

AFFIRMED.

JAY, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____